O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR01-681-CAS |
| Plaintiff, ) | SUPERVISED RELEASE |
| v. ) | REVOCATION JUDGMENT |
| CHARLES DANIEL, ) | |
| Defendant. ) | |

On April 28, 2009 and May 5, 2009, this matter came before the Court on a petition to show cause why supervised release should not be revoked. The defendant represented by CJA appointed counsel, Ivan Klein, admitted to the allegations of the February 26, 2009 Petition on Probation and Supervised Release.

The Court finds that the defendant is in violation of the terms and conditions of his supervised release as set forth in the Judgment and Probation/Commitment Order of May 22, 2003.

IT IS THE JUDGMENT OF THE COURT that defendant's supervised release is revoked. Defendant is committed to the Bureau of Prisons for a term of eighteen (18) months. Upon release from custody, the defendant shall be placed on supervised release for a term of thirty-six (36) months, under the same terms and conditions previously imposed, with the added condition that if defendant, his attorney and the probation officer concur, defendant shall participate in an outpatient drug treatment program. The Court hereby

///

1 | recommends that defendant be able to participate in the Bureau of Prisons' anger
2 | management program and drug treatment programs, if available.
3 |     IT IS ORDERED that the Clerk deliver a copy of this judgment to the United States
4 | Marshal or other qualified officer and that said copy shall serve as the commitment of
5 | defendant.

FILE/DATED: May 5, 2009

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

TERRY NAFISI, CLERK

By: _____/S/_____
Catherine M. Jeang, Deputy Clerk