O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR01-681(A)-CAS |
| Plaintiff, | ) ) | SUPERVISED RELEASE REVOCATION JUDGMENT |
| v. | ) ) | |
| CHARLES DANIEL, | ) ) | |
| Defendant. | ) ) | |

On October 17, 2012 and November 30, 2012, this matter came before the Court on a petition to show cause why supervised release should not be revoked. The defendant represented by CJA appointed counsel, David Thomas, admitted allegations 2. 3. 4. 5, and 7 (in part, as to the portion that pertains to gang activity) of the petition filed August 31, 2012. The defendant denied violation of his supervised release as stated in allegations 1, 6, 8, 9, and 7 (in part, as to the portion that does not pertain to gang activity) of the petition filed August 31, 2012. The Court found the admission to allegations 2, 3, 4, 5, and part of 7, of the petition filed August 31, 2012 voluntary and knowledgeable and accepted them. Upon stipulation, the Government dismisses allegations 1, 6, 8, 9, and 7 (in part, as to the portion that does not pertain to gang activity), which the Court grants.

The Court finds that the defendant is in violation of the terms and conditions of his supervised release as set forth in the Judgment and Probation/Commitment Order imposed on May 23, 2003 and May 5, 2009.

IT IS THE JUDGMENT OF THE COURT that defendant's supervised release is hereby revoked.  Defendant is committed to the Bureau of Prisons for a term of twenty-four (24) months, with no supervision to follow.  The Court hereby recommends defendant be designated to a facility in Southern California, or as close thereto as possible.  The Court further recommends that defendant be placed in a halfway house during the last six (6) months of defendant's sentence.

IT IS ORDERED that the Clerk deliver a copy of this judgment to the United States Marshal or other qualified officer and that said copy shall serve as the commitment of defendant.

FILE/DATED: November 30, 2012

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE


TERRY NAFISI, CLERK


By: _____/S/_____
Catherine M. Jeang, Deputy Clerk

2